UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARDINAL SQUARE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:23-cv-00114-JRS-MJD |
| QBE SPECIALTY INSURANCE COMPANY, | ) |
| Defendant. | ) |
| LG Electronics U.S.A., Inc., SEA, LTD, | ) |
| Movants. | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Jennifer M. Busby to appear and participate *pro hac vice* as counsel for Nonparties LG Electronics U.S.A., Inc. and SEA, LTD, in the above-captioned cause only. [Dkt. 96.] The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information has been entered as follows:

Jennifer M. Busby
Burr Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
(205) 458-5341
Fax: (205) 458-5100
gbusby@burr.com

SO ORDERED.

Dated:  18 SEP 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.