UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CARDINAL SQUARE, LLC an Indiana Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>QBE SPECIALTY INSURANCE COMPANY a North Dakota Corporation,<br><br>Defendant. | ) | No. 1:23-cv-00114-JRS-MJD |

**MINUTE ENTRY FOR NOVEMBER 22, 2023**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery. Plaintiff was authorized to file a motion to compel regarding the issue captioned as "*Madsen Kneppers ("MKA"), Paul Castellano, and Chuck Newmann*" in the second bullet point on page 3 of the parties' November 20, 2023 Eighth Supplemental Joint Status Report on Discovery [Dkt. 122 at 3], if the parties are unable to resolve that dispute with the guidance provided by the Court. In addition, on or before **November 30, 2023**, Defendant shall file a motion pursuant to Fed. R. Civ. P. 30(d)(3) with regard to the issue captioned as "*QBE instructing Adam Jacobs not to answer questions about his bonus structure and incentives*" in the second bullet point on page 4 of the parties' November 20,

2023 Eighth Supplemental Joint Status Report on Discovery [Dkt. 122 at 4], if the parties are unable to resolve that dispute with the guidance provided by the Court.

This matter is scheduled for a telephonic status conference on **Wednesday, December 20, 2023 at 3:30 p.m. (Eastern)** to discuss case status, as well as the parties' next Supplemental Joint Report on the Status of Discovery, which is due December 18, 2023. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 22 NOV 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.