Acknowledged.
JRS, DJ, 2/28/2024.

Distribution to all counsel of record via CM/ECF.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Cardinal Square, LLC,

    Plaintiff,

v.

QBE Specialty Insurance Company,

    Defendant.

Case No. 1:23-cv-00114-JRS-MJD

### JOINT STIPULATION OF DISMISSAL

Plaintiff Cardinal Square, LLC ("Cardinal Square") and defendant QBE Specialty Insurance Company ("QBE"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal. All claims and counterclaims are hereby dismissed, with prejudice, with each party to bear their own costs.

| */s/ Jason R. Delk* | */s/ Bradford S. Moyer* |
|---|---|
| Jason R. Delk (#24853-18)<br>DELK MCNALLY, LLP<br>211 S. Walnut Street<br>Muncie, Indiana 47305<br>delk@delkmcnally.com<br><br>Sean W. Shirley (Admitted Pro Hac Vice)<br>BALCH & BINGHAM LLP<br>1901 6th Avenue North, Suite 1500<br>Birmingham, Alabama 35203<br>sshirley@balch.com<br><br>**Counsel for Cardinal Square** | Bradford S. Moyer (#25964-49)<br>PLUNKETT COONEY, P.C.<br>201 North Illinois Street<br>South Tower, 16th Floor<br>Indianapolis, Indiana 46204<br><br>Kenneth C. Newa (#30474-49)<br>PLUNKETT COONEY, P.C.<br>38505 Woodward Avenue, Suite 100<br>Bloomfield Hills, Michigan 48304<br><br>**Counsel for QBE** |

23692419.1